**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JAMI FLOYD,**<br><br>                              Plaintiff,<br><br>           -against-<br><br>**NEW YORK PUBLIC RADIO,**<br><br>                              Defendant. | **23-cv-1096 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

As stated at the June 27, 2023 conference, the parties shall file a joint status report by **July 5, 2023** informing the Court whether Plaintiff intends to file an amended complaint. If Plaintiff does not intend to file an amended complaint, the parties should propose a briefing schedule for Defendant's motion to dismiss.

        **So Ordered.**

**Dated: June 29, 2023**
        **New York, New York**

                                                                              _____
                                                                              **ANDREW L. CARTER, JR.**
                                                                              **United States District Judge**