# cerasia law llc
## employment lawyers

Edward Cerasia II
646.525.4231
ed@cdemploymentlaw.com

June 30, 2023

**BY ECF**
The Honorable Andrew L. Carter, Jr.
U.S. District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:  *Floyd v. New York Public Radio*, 23-CV-1096 (ALC-SC)

Dear Judge Carter:

In accordance with Your Honor's June 29, 2023 Order (Dkt. 15), we respectfully submit this joint status letter to inform Your Honor that plaintiff Jami Floyd will file an Amended Complaint on or before July 18, 2023. Once the Amended Complaint is filed, defendant New York Public Radio will have ten (10) days to determine if it will file an Answer to the Amended Complaint or file a motion to dismiss.  Below please find a proposed schedule of dates:

- Amended Complaint to be filed on or before July 18, 2023, and NYPR will review the Amended Complaint and determine a responsive pleading on or before July 28, 2023;
- If an Answer will be filed, the Answer shall be due on or before August 11, 2023;
- If NYPR decides to file a motion to dismiss, the parties propose the following briefing schedule:
    Moving papers filed on August 25, 2023;
    Opposition papers filed on September 25, 2023; and
    Reply papers filed on October 18, 2023.

Please let the parties' counsel know if Your Honor has any questions or needs additional information.

Respectfully submitted,

CERASIA LAW LLC

Edward Cerasia II

cc:  All Counsel of Record (By ECF)

One Liberty Plaza | 165 Broadway, 23rd Floor | New York, New York 10006 | 646.525.4235
101 Eisenhower Parkway, Suite 300 | Roseland, New Jersey 07068 | 973.786.1368

www.cdemploymentlaw.com