

875 THIRD AVENUE, NEW YORK, NY 10022
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

July 28, 2023

JOAN M. GILBRIDE
DIRECT: 212.994.6517
JGILBRIDE@KBRLAW.COM

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
U.S. District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:   *Jami Floyd v. New York Public Radio*,
      23-cv-01096 (ALC)(SC)

Dear Judge Carter:

We represent defendant New York Public Radio ("NYPR") in the above-referenced matter. In accordance with the Court's July 5, 2023, Order (Dkt. No. 17) we respectfully submit this letter to inform the Court that NYPR has reviewed the First Amended Complaint and has determined that it will file a motion to dismiss. NYPR will file the motion by August 25, 2023, in accordance with the briefing schedule previously ordered (*see* Dkt. No. 17), and set forth below:

> Moving papers filed on August 25, 2023;
> Opposition papers filed on September 25, 2023; and
> Reply papers filed on October 18, 2023.

Defendant has advised Plaintiff's counsel of its intention to file a motion and thanks the Court for its attention to this matter.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Joan M. Gilbride

cc:   All counsel of record (Via ECF)

NEW YORK     NEW JERSEY     CONNECTICUT     CALIFORNIA

9211365