UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMI FLOYD,

                Plaintiff,

      v.

NEW YORK PUBLIC RADIO,

                Defendant.

Civil Action No:
23-CV-1096(ALC-SC)

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, and all other pleadings and proceedings heretofore had herein, Defendant New York Public Radio ("Defendant" or "NYPR"), by their attorneys, KAUFMAN BORGEEST & RYAN LLP, will move this Court before the Honorable Andrew L. Carter, Jr., at the United States District Court, Southern District of New York, located at 40 Foley Square., New York, New York 10007 on a date to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) granting dismissal of Plaintiff Jami Floyd's ("Plaintiff" or "Floyd") First Amended Complaint against Defendant with prejudice.

Dated: August 25, 2023
       New York, New York

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

_____
Joan M. Gilbride
Erica Bianco
*Attorneys for Defendant*
875 3rd Ave, 5th Floor
New York, New York 10022
Telephone: (212) 980-9600
E-mail: jgilbride@kbrlaw.com
        ebianco@kbrlaw.com

1

2

TO:   (VIA ECF)

    Edward Cerasia II
*Attorneys for Plaintiff*
101 Eisenhower Parkway, Suite 300
Roseland, New Jersey 07068
Telephone: (646) 525-4231
ed@cdemploymentlaw.com

2

9275155