UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMI FLOYD,

                Plaintiff,

-v-

NEW YORK PUBLIC RADIO,

                Defendant.

CIVIL ACTION NO. 23 Civ. 1096 (ALC) (SLC)

**TELEPHONE CONFERENCE**
**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the parties' proposed case management plan (ECF No. 33-1 (the "PCMP")), the Court orders as follows:

1. The PCMP is ADOPTED and will be entered by separate order.

2. The initial case management conference scheduled for June 3, 2024 is CANCELLED.

3. The parties' request to adjourn the initial conference (ECF No. 33) is DENIED as moot.

4. By July 17, 2024, the parties shall file a joint letter, no longer than three (3) pages, reporting on the status of discovery and raising any issues requiring the Court's attention.

5. A telephone status conference is scheduled for **Wednesday, July 24, 2024 at 3:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to terminate the June 3, 2024 conference, and to close ECF No. 33.

Dated:    New York, New York
            May 24, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge