UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMI FLOYD,

                     Plaintiff,

- against -

NEW YORK PUBLIC RADIO.

                     Defendants.

Civil Action No:
23-cv-01096(ALC-SLC)

> Attorney Erica Bianco's request to withdraw as counsel for Defendant (ECF No. 36) is GRANTED. The Clerk of Court is respectfully directed to terminate Ms. Bianco as counsel for Defendant.
>
> SO ORDERED    5/30/2024
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

**PLEASE TAKE NOTICE** that I, Erica Bianco request the withdrawal of my appearance as counsel for Defendant NEW YORK PUBLIC RADIO, and further request removal from the Court's electronic filing notification system for this action. Kaufman Borgeest & Ryan LLP shall remain counsel of record for Defendant in this action.

Dated: New York, New York
       May 29, 2024

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

*[signature: Erica Bianco]*

Erica Bianco
*Attorneys for Defendant New York Public Radio*
120 Broadway, 14th Floor
New York, New York 10271
Telephone: 212.980.9600
Facsimile: 212.980.9291
ebianco@kbrlaw.com

10198433