

875 THIRD AVENUE, NEW YORK, NY 10022
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

JOAN M. GILBRIDE
DIRECT: 212.994.6517
JGILBRIDE@KBRLAW.COM

July 16, 2024

ELIZABETH RIVERA
DIRECT: 646.367.6746
ERIVERA@KBRLAW.COM

**VIA ECF**

Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Jami Floyd v. New York Public Radio
      Civil Action No: 23-cv-01096 (ALC) (SLC)

Dear Judge Cave:

We represent Defendant New York Public Radio ("NYPR") in the above-referenced matter. We write pursuant to the Court's order dated May 24, 2024 (ECF No. 25) to jointly report on the status of discovery.

The parties have each produced Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and exchanged documents pursuant to the Court's initial protocols in employment cases.

Additionally, the parties are scheduled to engage in mediation on July 25 before a Court-appointed mediator, Jean-David Barnea. If mediation is unsuccessful, the parties will proceed with document requests and depositions in accordance with the Case Management Plan

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Joan M. Gilbride

cc:   (via ECF)

      Edward Cerasia, Esq.
      *Attorney for Plaintiff*

NEW YORK          NEW JERSEY          CONNECTICUT          CALIFORNIA

10142115