UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMI FLOYD,

                     Plaintiff,

    -v-

NEW YORK PUBLIC RADIO,

                     Defendant.

CIVIL ACTION NO. 23 Civ. 1096 (ALC) (SLC)

**AMENDED TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the parties' joint letter at ECF No. 39, the Court orders as follows:

1. The telephone status conference scheduled for July 24, 2024 is ADJOURNED to **Monday, August 19, 2024 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

2. By **August 15, 2024**, the parties shall file a joint letter, no longer than three (3) pages, reporting on the status of discovery and raising any issues requiring the Court's attention.

Dated:     New York, New York
             July 17, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**