# cerasia law llc
## employment lawyers

Edward Cerasia II
646.525.4231
ed@cdemploymentlaw.com

August 15, 2024

**BY ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court for the
 the Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *Jami Floyd v. New York Public Radio*, 23-cv-01096 (ALC-SLC)

Dear Judge Cave:

  We represent plaintiff Jami Floyd in this case. In accordance with the Court's July 17, 2024 Order (ECF No. 40), we write jointly on behalf of the parties to report on the status of this case.

  The parties participated in a productive mediation on July 25, 2024. With the help of the mediator, Jean-David Barnea, the parties were able to narrow the gap in settlement discussions and have continued to exchange proposals. The attorneys for the parties remain optimistic that the parties will reach a resolution shortly. We expect to know within the next three to four weeks if the case will be resolved, and this time period is attributable to the vacation schedules of the parties' decision-makers and attorneys. Given the attorneys' optimism of a settlement, the parties respectfully request that the Court adjourn the August 19, 2024 telephone conference until a date after September 12, 2024.  We will notify the Court before then about the status of settlement discussions.

  Please let us know if Your Honor has any questions or needs any additional information. The parties thank Your Honor for your consideration of this request.

           Respectfully submitted,

           CERASIA LAW LLC

           */s/ Edward Cerasia II*
           Edward Cerasia II

cc: All Counsel of Record (ECF)

One Liberty Plaza | 165 Broadway, 23rd Floor | New York, New York 10006 | 646.525.4235
101 Eisenhower Parkway, Suite 300 | Roseland, New Jersey 07068 | 973.786.1368
One South Church Avenue, Suite 1200 | Tucson, Arizona 85701 | 520.416.4365
www.cdemploymentlaw.com