UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMI FLOYD,

                Plaintiff,

   -v-

NEW YORK PUBLIC RADIO,

                Defendant.

CIVIL ACTION NO. 23 Civ. 1096 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court previously ordered the parties to file a joint letter, no longer than three (3) pages, reporting on the status of discovery and raising any issues requiring the Court's attention by September 25, 2024, in advance of the telephone conference set for Wednesday, October 2, 2024 at 10:00 a.m. (ECF No. 42). The parties did not comply.

As a one-time courtesy, the Court sua sponte extends the deadline for the parties to file their joint letter reporting on the status of settlement and/or discovery to **September 27, 2024**.

Dated:    New York, New York
          September 26, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**