# cerasia law llc
### employment lawyers

Edward Cerasia II
646.525.4231
ed@cdemploymentlaw.com

September 26, 2024

**BY ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court for the
 the Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Jami Floyd v. New York Public Radio*, 23-cv-01096 (ALC-SLC)

Dear Judge Cave:

      We represent plaintiff Jami Floyd in this case. In accordance with the Court's Order from today (ECF No. 44), we write jointly on behalf of the parties to report that the case was settled through the Court's mediation program, as reported by the Mediation Office on September 11, 2024, in Docket No. 43. The parties apologize for any confusion and not writing to Your Honor, but counsel understood from Docket No. 43 that the Court would issue a 30-day order automatically closing the case. The parties have signed a settlement agreement, and defendant has until October 14, 2024 to make the settlement payments.

      Please let us know if Your Honor has any questions or needs any additional information. The parties thank Your Honor for your cooperation throughout this case.

      Respectfully submitted,

      CERASIA LAW LLC

      */s/ Edward Cerasia II*
      Edward Cerasia II

cc:    All Counsel of Record (ECF)

One Liberty Plaza | 165 Broadway, 23rd Floor | New York, New York 10006 | 646.525.4235
101 Eisenhower Parkway, Suite 300 | Roseland, New Jersey 07068 | 973.786.1368
One South Church Avenue, Suite 1200 | Tucson, Arizona 85701 | 520.416.4365
www.cdemploymentlaw.com