UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Index No.: 1:23-cv-01096
JAMI FLOYD,

        Plaintiff,
-against-              **STIPULATION OF
                           DISMISSAL WITH
                           PREJUDICE**

NEW YORK PUBLIC RADIO,

        Defendant.
-------------------------------------------------------------------X

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff Jami Floyd and Defendant New York Public Radio that, pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is dismissed with prejudice and without costs or attorneys' fees to either party as against the other.

  **IT IS FURTHER STIPULATED AND AGREED,** by and between the Plaintiff and Defendant that a facsimile copy of this Stipulation shall have the same binding effect as an original thereof.

Dated: September 20, 2024
     New York, New York

| CERASIA LAW LLC | KAUFMAN BORGEEST & RYAN LLP |
|---|---|
| BY: _____ | BY: _____ |
|  Edward Cerasia, Esq. |  Joan M. Gilbride, Esq. |
|  *Attorneys for Plaintiff* |  Elizabeth Rivera, Esq. |
|  101 Eisenhower Parkway, Suite 300 |  *Attorneys for Defendant* |
|  Roseland, New Jersey 07068 |  875 Third Ave, 5th Floor |
|  (646) 525-4231 |  New York, NY 10022 |
|  ed@cdemploymentlaw.com |  (212) 994-6517 |
| |  jgilbride@kbrlaw.com |
| |  erivera@kbrlaw.com |

So-Ordered

_____
Judge Sarah L. Cave

1

10402324