UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMI FLOYD,

                           **Plaintiff,**

            -against-

NEW YORK PUBLIC RADIO,

                         **Defendant.**

1:23-cv-01096 (ALC) (SLC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

thirty days.  All deadlines are adjourned *sine die*.

**SO ORDERED.**

**Dated:**    **December 16, 2024**
            **New York, New York**

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**