USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _12/16/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Index No.: 1:23-cv-01096

JAMI FLOYD,

                Plaintiff,

-against-   **STIPULATION OF DISMISSAL WITH <u>PREJUDICE</u>**

NEW YORK PUBLIC RADIO,

                Defendant.
-------------------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff Jami Floyd and Defendant New York Public Radio that, pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is dismissed with prejudice and without costs or attorneys' fees to either party as against the other.

    **IT IS FURTHER STIPULATED AND AGREED,** by and between the Plaintiff and Defendant that a facsimile copy of this Stipulation shall have the same binding effect as an original thereof.

Dated:   September 20, 2024
           New York, New York

| CERASIA LAW LLC | KAUFMAN BORGEEST & RYAN LLP |
|---|---|
| *[signature: Edward Cerasia]* | *[signature: Joan Gilbride]* |
| BY: _____ | BY: _____ |
|    Edward Cerasia, Esq. |    Joan M. Gilbride, Esq. |
|    *Attorneys for Plaintiff* |    Elizabeth Rivera, Esq. |
|    101 Eisenhower Parkway, Suite 300 |    *Attorneys for Defendant* |
|    Roseland, New Jersey 07068 |    875 Third Ave, 5th Floor |
|    (646) 525-4231 |    New York, NY 10022 |
|    ed@cdemploymentlaw.com |    (212) 994-6517 |
| |    jgilbride@kbrlaw.com |
| |    erivera@kbrlaw.com |

*[signature: SO ORDERED: Andrew L. Carter]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 16, 2024
New York, NY

1

10402324